408

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HARVEY JONES, Defendant-Appellant.

(No. 56024; )

First District (5th Division)—December 29, 1972.

PER CURIAM.

Gerald W. Getty, Public Defender, of Chicago, (Michael Weininger and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Russell Hartigan, Assistant State's Attorneys, of counsel,) for the People.

JOSEPH W. O'BRIEN COMPANY *et al.*, Plaintiffs-Appellees, *v.* HIGHLAND LAKE CONSTRUCTION COMPANY *et al.*, Defendants-Appellants.

(No. 56173; )

First District—December 13, 1972.

*Rehearing denied January 10, 1973.*